IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-37 |
| Plaintiff, | **INDICTMENT** |
| vs. | |
| KENTRISS THOMAS RHODES, also known as "KD", | **Count 1**<br>21 U.S.C. §§ 841(a)(1), 860(a)<br>Distribution of a Controlled Substance Near a Protected Location |
| Defendant. | **Count 2**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled Substance |
| | **Count 3**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled Substance Near a Protected Location |

The Grand Jury charges:

## Count 1

**Distribution of a Controlled Substance Near a Protected Location**

On or about November 30, 2023, in the Northern District of Iowa, defendant KENTRISS THOMAS RHODES, aka "KD," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Polk Alternative Education Center, located on C Avenue NE in Cedar Rapids, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## Count 2

### Distribution of a Controlled Substance

On or about December 5, 2023, in the Northern District of Iowa, defendant KENTRISS THOMAS RHODES, aka "KD," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

### Distribution of a Controlled Substance

On or about February 15, 2024, in the Northern District of Iowa, defendant KENTRISS THOMAS RHODES, aka "KD," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

TIMOTHY T. DUAX  
United States Attorney

By: *[signature]*

MICHAEL S.A. HUDSON  
Special Assistant United States Attorney

A TRUE BILL

*[redacted]* 5/9/2024  
Grand Jury Foreperson     Date

PRESENTED IN OPEN COURT  
BY THE  
FOREMAN OF THE GRAND JURY

And filed 5/9/24  
PAUL DE YOUNG, CLERK